Filed 10/19/2015 3:03:59 PM
Debra Johnson, District Clerk
Panola County, Texas
By: LaWanda Williams,
Deputy Clerk

CAUSE NO. 2013-457

| | | |
|---|---|---|
| BAGLEY MINERALS, L.P., | § | IN THE DISTRICT COURT |
| BILLY MCFADDEN, and | § | |
| ARTHUR MCFADDEN | § | |
| Plaintiffs | § | |
| | § | |
| V. | § | 123rd JUDICIAL DISTRICT |
| | § | |
| BRAMMER PETROLEUM, INC. | § | |
| Defendant | § | PANOLA COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/21/2015 9:37:31 AM
DEBBIE AUTREY
Clerk

**DEFENDANT BRAMMER PETROLEUM, INC.'S
NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Brammer Petroleum, Inc. and files this Notice of Appeal and would respectfully show this Court as follows:

1. Brammer Petroleum, Inc. desires to appeal from the Final Judgment in Cause No. 2013-457, signed by the 123rd Judicial District Court of Panola County, Texas on July 23, 2015 and filed with the clerk on July 27, 2015, attached as **Exhibit A**, and all related orders, rulings, findings, and/or conclusions of the Court adverse to Brammer Petroleum, Inc. The Final Judgment and accompanying nonsuit disposed of all pending claims and all parties making the judgment final and appealable.

2. Brammer Petroleum, Inc. appeals to the Sixth Court of Appeals for the State of Texas.

HOULITIGATION:1430760.1

Respectfully submitted,

**THE JONES LAW FIRM**

By: /s/ *L. Jeth Jones, II*

L. JETH JONES, II
State Bar No. 24012927
Jared S. Robinson
State Bar No. 24060506
One Greenway Plaza, Suite 100
Houston, Texas 770046
Telephone: 713/224-9700
Telecopier: 713/224-9702
**COUNSEL FOR BRAMMER PETROLEUM, INC.**

Of counsel:

**MEHAFFYWEBER, P.C.**

KONOR CORMIER
State Bar No. 24040731
JEREMY STONE
State Bar No. 24013577
500 Dallas, Suite 1200
Houston, Texas 77002
Telephone: 713/655-1200
Telecopier: 713/655-0222

HOULITIGATION:1430760.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record on this the 19th day of October, 2015.

Mr. J. Don Westbrook
Michael E. Starr
Couglan Crowson, LLP
1227 Judson Road, Ste. 211
Longview, Texas 75606

*Konor Cormier*
Konor Cormier

HOULITIGATION:1430760.1